UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                    Plaintiff,                    18-mc-389 (PKC)

    -against-
                                                              ORDER

EQUITYBUILD, INC. et al.,

                    Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Clerk is directed to administratively close this case.

        SO ORDERED.

                                                     P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
        July 21, 2020